UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RAY C. REDMOND,

        Plaintiff,                     Case No. 13-12758

                                      Paul D. Borman
                                      United States District Judge

v.

                                      Patricia T. Morris
                                      United States Magistrate Judge

COMMISSIONER OF
SOCIAL SECURITY,

        Defendant.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE PATRICIA T. MORRIS'S
JULY 30, 2014 REPORT AND RECOMMENDATION (ECF NO. 15),
(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 11),
(3) GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 12),
(4) AFFIRMING THE FINDINGS OF THE COMMISSIONER AND
(5) DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE

On July 30, 2014, Magistrate Judge Patricia T. Morris issued a Report and Recommendation to deny Plaintiff's Motion for Summary Judgment, grant Defendant's Motion for Summary Judgment, and affirm the findings of the Commissioner. (ECF No. 15, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, DENIES Plaintiff's Motion for Summary Judgment, GRANTS Defendant's Motion for Summary Judgment, AFFIRMS the findings of the Commissioner and DISMISSES

1

Plaintiff's Complaint with prejudice.

IT IS SO ORDERED.

                                                                 s/Paul D. Borman  
                                                                 PAUL D. BORMAN  
                                                                 UNITED STATES DISTRICT JUDGE

Dated: August 22, 2014

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on August 22, 2014.

                                                                 s/Deborah Tofil  
                                                                 Case Manager